# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2011

142017 & (91)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

EDWARD ALBERT STENBERG,
     Defendant-Appellant.

SC: 142017
COA: 290918
Oakland CC: 2007-217760-FC

_____/

On order of the Court, the motion to review the issues contained in the Standard 4 brief filed by the defendant at the Court of Appeals is GRANTED. The application for leave to appeal the October 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2011

_____
Clerk

t0419